**NOT FOR PUBLICATION**

                        UNITED STATES DISTRICT COURT
                           DISTRICT OF NEW JERSEY

| | |
|---|---|
| FIRESTONE FINANCIAL CORP., <br><br> Plaintiff, <br><br> v. <br><br> 609 SEASIDE AMUSEMENTS, INC., et al., <br><br> Defendants. | CIVIL ACTION NO. 11-889 (MLC) <br><br> **O P I N I O N** |

**THE CLERK OF THE COURT** entered default against defendants 609 Seaside Amusements, Inc., United Textile Fabricators, LLC, and Brian Petaccio pursuant to Federal Rule of Civil Procedure ("Rule") 55(a). (See unnumbered dkt. entries following dkt. entry nos. 11 & 17.) The plaintiff now moves under Rule 55(b) for entry of judgment by default against these defendants. (Dkt. entry no. 45, Mot.) The Motion is unopposed, and the time to respond lapsed over three weeks ago. (See unnumbered dkt. entry following dkt. entry no. 45.) The Motion will thus be granted. For good cause appearing, the Court will issue an appropriate Order and Judgment.

                                          s/ Mary L. Cooper
                                        **MARY L. COOPER**
                                        United States District Judge

Dated: July 23, 2012